





**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FELONY**

**INDICTMENT FOR ACCESSORY AFTER THE FACT TO MURDER**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 22-4 |
| v. | * | **SECTION:** SECT. I MAG. 2 |
| **BRIYAN LOVE** | * | **VIOLATION:** 18 U.S.C. § 3 |
| a/k/a "Bre" | | |
| a/k/a "Bri" | * | |
| | * * * | |

The Grand Jury charges that:

<u>**COUNT 1**</u>
(Accessory After the Fact to Murder)

On or about February 8, 2017, in the Eastern District of Louisiana, the defendant, **BRIYAN LOVE, a/k/a "Bre," a/k/a "Bri,"** knowing that offenses against the United States had been committed, to wit: murder in aid of racketeering, in violation of Title 18, United States Code, Sections 1959(a)(1) and 2, and using, carrying, brandishing and discharging a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 924(j)(1) and 2, did receive, relieve, comfort, and assist the offenders, Terran Williams, a/k/a "Funky," Tyrone Bovia, a/k/a "Sixx," and Javonta Doleman, a/k/a "Dutt," in order to hinder and prevent the

offenders' apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3.

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **BRIYAN LOVE, a/k/a "Bre," a/k/a "Bri,"**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real or personal, involved in said offense, and any property traceable to such property.

3. As a result of the offense alleged in Count 1 the defendant, **BRIYAN LOVE, a/k/a "Bre," a/k/a "Bri,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
ELIZABETH PRIVITERA
Assistant United States Attorney

_____
DAVID HALLER
Assistant United States Attorney

_____
INGA PETROVICH
Assistant United States Attorney

New Orleans, Louisiana
January 7, 2022

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**BRIYAN LOVE**
a/k/a "Bre"
a/k/a "Bri"

a/k/a "Bri"

## INDICTMENT FOR ACCESSORY AFTER THE FACT TO MURDER

**VIOLATIONS: 18 U.S.C. § 3**

Filed in open court this _____ day of _____ A.D.

2022.

_____
Clerk

Bail, $ _____

_____
INGA PETROVICH
Assistant United States Attorney